## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** Bruce W. Black

**Hearing Date** April 30, 2010

**Bankruptcy Case** 10 B 12409

**Adversary No.**

**Title of Case** Justin R. and Melissa N. Paymaster

**Brief Statement of Motion** Motion to Avoid Lien of Husein Qaisi

**Names and Addresses of moving counsel**

**Representing**

### ORDER

Leave given parties to file and serve response by or before 5-7-2010

Reply to be filed and served on or before 5-14-2010

Status on this matter is set for 5-21-2010 AT 9:30 in Joliet.

Bruce W. Black /AM

U S Bankruptcy Judge Bruce W. Black