## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In re:** | **Justin Paymaster** ) | |
| | **Melissa Paymaster** ) | |
| | ) | **Case No.: 10 B 12409** |
| | ) | **Judge Bruce W. Black** |
| | ) | **Chapter 7** |
| **Debtor(s)** | ) | |

## ORDER

Upon motion of debtors, all parties having been advised herein, it is hereby ordered that debtor's motion to avoid creditor Husein Qaiesi's judgment lien is hereby GRANTED/DENIED.

_____

Dated _____    JUDGE BRUCE W. BLACK


Stephen L. Richards
6191946
651 W. Washington, Suite 205
Chicago, IL 60661
773-817-6927
773-917-8888