# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Bruce W. Black | **Hearing Date** | 05/21/2010 |
| **Bankruptcy Case** | 10 B 12409 | **Adversary No.** | |
| **Title of Case** | Justin and Melissa Paymaster | | |

**Brief Statement of Motion**: Motion of Debtor to Avoid Lien of Husein Qaisi

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

This matter coming before the court for hearing, no one having appeared the motion is DENIED for want of prosecution.

*/s/ Bruce W. Black*

U. S. Bankruptcy Judge Bruce W. Black

cc: Electronic notification through cm/ecf system to Frank Vosholler III